IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § § § | |
| vs. | § § | SA-22-CR-00327-XR |
| (3) FREDI ZAGALA-SERVIN, | § § § | |
| *Defendant.* | § | |

### **ORDER**

Before the Court in the above-styled cause of action is the Motion For Admission Pro Hac Vice, filed by Larry E. Jarrett of the law firm of Larry E. Jarrett, Attorney at Law, PC [#63] which was referred to the undersigned on July 5, 2022. Mr. Jarrett asks the Court for permission to appear *pro hac vice* to represent Defendant Fredi Zagala-Servin. Mr. Jarrett is a member in good standing of the bar of the State of Texas and is licensed to practice before the Northern District of Texas. According to the motion, this is Mr. Jarrett's first application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one or two cases. Any additional requests by out-of-district counsel require counsel to apply for admission to the Western District of Texas. Therefore, after due consideration, the Court is of the opinion the motion should be granted such that Mr. Jarrett may appear in this case *pro hac vice*. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice [#63] is **GRANTED** such that Larry E. Jarrett may appear *pro hac vice* in this case.

**IT IS FURTHER ORDERED** that counsel become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas or this Court's website.

**IT IS FURTHER ORDERED** that Larry E. Jarrett immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2) if he has not already done so.

**IT IS FINALLY ORDERED** that Larry E. Jarrett, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so. Mr. Jarrett's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

**IT IS SO ORDERED**.

SIGNED this 7th day of July, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE